# EXHIBIT "A"

LAW OFFICE OF THOMAS GALLAGHER
STATEMENT OF SALE

SELLER: Maxwell and Caroline Stryker          PURCHASER: Walter and Nancy Carmen
Tracy Mattice.
Phillip Mattice

PREMISES: 36422 State Hwy 23
Roxbury, NY                                    Tax Map #: 91.2-9-5

DATE OF CLOSING: August 31, 2012

LOCATION OF CLOSING: Law Office of Richard Spinney

AMOUNTS DUE SELLER:

Purchase Price                                            $215,000.00
2012 Town Tax
($2,973.53/366)=$8.1243 per day x 123 days                $999.29


TOTAL AMOUNT DUE SELLER                                              $215,999.29

PURCHASER:

Credits:

Downpayment                                               $21,500.00

2012/2013 School tax (estimate)
($2661.93/366)= $7.2730 per day x 62 days                 $450.93

Purchase Money Mortgage                                   $35,000.00

TOTAL CREDITS TO PURCHASER                                           $56,950.93

BALANCE DUE SELLER                                                   $159,048.36

EXPENSES OF PURCHASER                           EXPENSES OF SELLER
Record Deed              $40.00                 Transfer Tax        $774.00
File RP-5217             $250.00                File TP-584         $5.00
Mortgage Tax             $262.50                Mortgage Tax        $87.50
Record Mortgage          $43.00
Thomas Gallagher         $250.00

CHECKS FROM PURCHASER TO OR ON BEHALF OF SELLER:    CHECKS FROM ESCROW:
NBT Bank                           $107,205.75      Delaware County Clerk   $866.50
Delaware County Sheriff           *$3002.62         Maxwell B. and Carolyn Stryker
Susan J. Mallery                   $4,000.00        and Phillip M. Mattice and Tracy
Forster & Garbus                   $4,158.73        L Mattice              $11,783.50
Sundae's Restaurant and                             Belleayre Realty        $6,450.00
Dairy Freeze,                      $1,500.00        Thomas Gallagher        $250.00
Maxwell B. Stryker, Caroline Stryker,
Phillip M. Mattice and Tracy L. Mattice  $39,181.26

*Certified Funds